IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              NO. 2:06CV00124

RUSSELL W. DAVIS, a/k/a RUSTY
DAVIS, AND SPOUSE, IF ANY;
KAREN LYNN DAVIS, AND SPOUSE,
IF ANY; TRI-STATE DELTA CHEMICALS,
INC., AND BARTON AGRI, INC. And
GENERAL MOTORS ACCEPTANCE CORPORATION          DEFENDANTS

## ORDER

Pending is Plaintiff's motion for order of dismissal. (Docket # 13). For good cause shown, Plaintiff's motion is granted. Plaintiff's complaint is hereby dismissed with prejudice.

The clerk is directed to close the case.

IT IS SO ORDERED this 6th day of June, 2007.

_____
James M. Moody
United States District Judge